**Marlow L. BATES, Sr., Plaintiff-Appellant,**

v.

**APPLE, INC., Defendant-Appellee.**

**No. 16-2278**

United States Court of Appeals, Fourth Circuit.

Submitted: March 28, 2017

Decided: March 31, 2017

Marlow L. Bates, Sr., Appellant Pro Se. Will C. Autz, New York, New York, David R. Eberhart, San Francisco, California, Rachel S. Janger, O'MELVENY & MYERS, LLP, Washington, D.C., for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marlow L. Bates, Sr., appeals the district court's order dismissing his copyright infringement suit for failure to state a claim upon which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bates v. Apple, Inc.*, No. 1:16-cv-00929-JFM (D. Md. Oct. 13, 2016). We deny Bates' motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*